KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile:  (818) 240-7728
kev@iiylaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YOLANDA L. JIMENEZ, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: 1:15-CV-01638-LJO-SAB <br><br> ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

Plaintiff requests additional time to effectuate service of process in this matter.  The Initial Scheduling Conference in this matter currently set for February 2, 2016 at 9:30 a.m. is hereby continued to April 18, 2016 at 10:30 a.m. in courtroom #9.

IT IS SO ORDERED.

Dated:  **January 26, 2016**   _____
UNITED STATES MAGISTRATE JUDGE

1