UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**YOLANDA JIMENEZ,**<br><br>**Defendant.** | 1:15-cv-1638-LJO-SAB<br><br>**MEMORANDUM DECISION AND ORDER RE PLAINTIFF'S MOTION TO DISMISS (Doc. 9)** |

Irsfeld, Irsfeld & Younger, LLP ("Irsfeld"), purportedly on behalf of the United States of America (specifically, the Department of Education ("DOE")), brings this suit to collect on Defendant Yolanda Jimenez's outstanding debt from a DOE-issued student loan. *See* Doc. 1. Irsfeld moves under Fed. R. Civ. P. 41(a)(2) to dismiss voluntarily the suit without prejudice because the firm cannot effectuate service on Defendant. Doc. 9 at 2. Irsfeld previously dismissed voluntarily an identical lawsuit against Defendant. *Id*.

Beyond stating that the Court has jurisdiction under 20 U.S.C. § 1080, Irsfeld's five-paragraph complaint and supporting one-page DOE loan document do not provide any indication that it is authorized to collect Defendant's debt on behalf of the United States. *See* Doc. 1 at ¶ 1. The Court therefore ORDERS that, by April 15, 2016, Irsfeld shall provide the Court with appropriate

documentation of its authority to bring the complaint or this case will be dismissed with prejudice. Failure to file this documentation will result in an order to show cause in re contempt.

In the meantime, the instant motion will be held in abeyance.

IT IS SO ORDERED.

Dated: **April 1, 2016**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2