UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:15-cv-1638-LJO-SAB |
| Plaintiff, | MEMORANDUM DECISION AND ORDER RE PLAINTIFF'S MOTION TO DISMISS (Doc. 9) |
| v. | |
| YOLANDA JIMENEZ, | |
| Defendant. | |

Irsfeld, Irsfeld & Younger, LLP ("Plaintiff"), on behalf of the United States of America (specifically, the Department of Education ("DOE")), brings this suit to collect on Defendant Yolanda Jimenez's outstanding debt from a DOE-issued student loan. *See* Doc. 1. Plaintiff previously dismissed voluntarily an identical lawsuit against Defendant because she could not be located and therefore Plaintiff could not effectuate service on her. Doc. 9 at 2-3. Plaintiff moves under Fed. R. Civ. P. 41(a)(2) ("Rule 41(a)(2)") to dismiss voluntarily this case without prejudice because the firm again is unable to effectuate service on Defendant. *Id.*[1]

Rule 41(a)(2) provides that, "[e]xcept as provided in paragraph (1) of this subdivision of this rule, an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper." The Rule further provides that "[u]nless otherwise specified in the order, a dismissal under this paragraph is without prejudice." *Id.* "When ruling on a motion to dismiss without prejudice [under Rule 41(a)(2)], the district court must determine whether the

---

[1] The Court directed Irsfeld, Irsfeld & Younger, LLP, to provide the Court with documentation of its authority to bring this case on behalf of the United States. *See* Doc. 10. The firm timely complied with the directive. *See* Doc. 11; *see also* 34 C.F.R. § 30.60.

1

defendant will suffer some plain legal prejudice as a result of the dismissal." *Westlands Water Dist. v. United States*, 100 F.3d 94, 96 (9th Cir. 1996) (citations omitted). "Legal prejudice" means "prejudice to some legal interest, some legal claim, [or] some legal argument." *Id.* at 97.

Plaintiff argues that, because Defendant has never been served with either of Plaintiff's two lawsuits against her, she most likely is unaware of them and therefore could not suffer legal prejudice if this case is dismissed without prejudice. The Court agrees. Accordingly, the Court DISMISSES <u>without</u> prejudice this entire case. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **April 11, 2016**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2